UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 15-46137-659 |
| **Joseph Mizera, Sr,** ) | Chapter 13 |
| **Theresa C Mizera,** ) | |
| Debtors, ) | |
| ) | |
| ) | Hearing Date: November 24, 2015 |
| ) | Hearing Time: 11:00 am |
| ) | Location: Courtroom – 7 North |

## ORDER

The matter before the Court is the Chapter 13 Trustee's entry on the docket Meeting of Creditors Not Held, NO APPEARANCES, Request for Show Cause Hearing (Docket entry 23) filed on September 28, 2015. Based upon a consideration of the record as a whole,

**IT IS ORDERED THAT** Debtors are to appear and **SHOW CAUSE** why their case should not be dismissed and why they should not be barred from filing another case for 180 days for their failure to appear at the Continued Meeting of Creditors. Show Cause hearing, before the undersigned, is set in Bankruptcy Courtroom 7 - North, Thomas F. Eagleton Courthouse, 111 South Tenth Street, St. Louis, MO 63102, on **November 24, 2015 at 11:00 AM**.

*/s/ Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: October 20, 2015
St. Louis, Missouri
jjh

Copy mailed to:

Debtors
Theresa C Mizera
Joseph Mizera, Sr
1840 Championship Lane
Festus, MO 63028

Trustee
John V. LaBarge, Jr
P.O. Box 430908
St. Louis, MO 63143

Attorney for Debtors
Andrew M Stilinovic
A & L, Licker Law Firm LLC
1861 Sherman Dr
St. Charles, MO 63303

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102